# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
07-10070-WGY

DON DIFIORE, LEON BAILEY,
JAMES E. BROOKS, RITSON DESROSIERS,
MARCELLINO COLETA,
TONY PASUY, LAURENCE ALSOP, CLARENCE JEFFREYS,
FLOYD WOODS, ANDREA CONNOLLY

Plaintiff

v.

AMERICAN AIRLINES, INC.
Defendant

# JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFFS AS FOLLOWS:**

**DON DIFIORE....................$41,886.00**
**LEON BAILEY...................$ 3,066.00**
**RITSON DESROSIERS.....$48,958.00**
**MARCELINO COLETA....$50,416.00**
**TONY PASUY.....................$58,770.00**
**LAURENCE ALSOP..........$42,908.00**
**CLARENCE JEFFREYS...$ 6,886.00**
**FLOYD WOODS.................$ 8,028.00**
**ANDREA CONNOLLY.......$64,138.00**

**FOR AMERICAN AIRLINES AGAINST JAMES E. BROOKS**

                                                 **Sarah A. Thornton**
                                                                  **Clerk**

**So Approved**

 **/s/ William G. Young**

                                                         **/s/ Elizabeth Smith**
                                                         **Deputy Clerk**

**April 16, 2008**

**To: All Counsel**